# EXHIBIT 2

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

## Employee Information

Restaurant #2063 Store #2063      02/28/12  6:13:18 PM

| Employee Name : | RAFFERTY, LINDSAY L | | Change Type : | New Hire |
|---|---|---|---|---|

**General Information**

| | | | |
|---|---|---|---|
| ID: | 49 | Badge Number: | |
| Status: | Active | Borrowed: N  Store #: | |
| Address1: | 1380 A TIMBERTRAIL | Telephone: (330) 328-6116 | |
| Address2: | | Pager: | |
| | AKRON, OH 44313 | Internet Addr: | |

**Med/Emergency**

| | | | |
|---|---|---|---|
| Contact Name: | FULLEN, TERRY | Phone: | (330) 805-0677 |
| Address: | | | |

**Status Information**

| | | | |
|---|---|---|---|
| New Status: | Active | Comments: | |
| Effective Date: | | Reason: | |

**Payroll**

| | | | |
|---|---|---|---|
| S.S.N: | | | |
| Hire Date: | 02/28/12 | Term. Date: | Eligible for Rehire: N |
| Pay Type: | Hourly | Setup Hours: | |
| Salary: | | Base Salary: | |

This is to inform you that the company will be utilizing the tip credit provided under the Federal Labor Standards Act and/or applicable state law.

| JobType | JobCode | Description | Min Wage | Tip Credit | Pay Rate | Performance Ratings | Skill Level |
|---|---|---|---|---|---|---|---|
| Alternate | 3 | Host/Hostess | $7.70 | | $7.70 | No rating (new employee) | 0 |
| Primary | 5 | Server | $7.70 | $3.85 | $3.85 | No rating (new employee) | 0 |
| Alternate | 13 | Host/Hostess Trainee | $7.70 | | $7.70 | No rating (new employee) | 0 |
| Alternate | 25 | Server Trainee | $7.70 | | $7.70 | No rating (new employee) | 0 |
| Alternate | 60 | Meeting | $7.70 | | $7.70 | No rating (new employee) | 0 |

EMPLOYEE SIGNATURE _/s/ Lindsay Rafferty_      DATE: 2-28-12

NAGER SIGNATURE _/s/_      DATE: 2-28-12

CORPORATE / DISTRICT MANAGER SIGNATURE _____      DATE: _____
      Date : :      02/28/12      Time :      6:13:18 PM

RPY0215

**DEFENDANT'S EXHIBIT 2** 7·10·20

Page 1

DENNYS01473

**EXHIBIT 2**