# EXHIBIT 3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DENNYS01142

# Employee Orientation Checklist

Employee Name: Lyndsey Rafferty ✓ Completed ✓

| Manager | Office Binder | Employee File | Employee | Mail or Fax | | Employee | | | |
|---|---|---|---|---|---|---|---|---|---|
| ADP Completed (I-9 and WOTC) | | | | | | Welcome letter | | Americans with Disabilities | ✓ |
| Work permit (if needed) | | ✦ | | | | Employee number | ✓ | Employee meals/discounts | ✓ |
| Application (complete/signed) | | ✦ | | | | Swipe card/clocking in | ✓ | Leaves of absence | ✓ |
| Reference check completed | ✦ | | | | | Fun facts | ✓ | Holiday pay | ✓ |
| Interview Guide completed | ✦ | | | | | Diversity Awards | ✓ | Vacation | ✓ |
| W-4 | | ✦ | | | | Core Values e-Learning | ✓ | Medical/dental insurance | ✓ |
| | | | | | | Hospitality Values | ✓ | Denny's work number | ✓ |
| | | | | | | 5 Foot Rule | ✓ | 401-K | ✓ |
| | | | | | | Guest Complaints | ✓ | Electronic payroll | ✓ |
| Uniforms Receipt | | ✦ | | | | Uniforms/Hygiene | ✓ | Payday | ✓ |
| Non-slip shoes (order if needed) | | | | ✦ | | Non-skid shoes | ✓ | Schedule/requesting off | ✓ |
| Anti-Harassment Policy (reviewed/signed) | | ✦ | | | | Anti-Harassment Policy | ✓ | Breaks | ✓ |
| Performance Checklist | | ✦ | ✦ | | | Workplace Violence | ✓ | Tips | ✓ |
| Electronic Payroll (if needed) | | | | ✦ | | Public Accommodation Policy | ✓ | Standards of Performance | ✓ |
| Safety Orientation | | ✦ | | | | Nondiscrimination Policy | ✓ | Cash Control Policy | ✓ |
| Safety Tour | | ✦ | | | | My Denny's training | ✓ | Safety Orientation | ✓ |
| Your Right to Know (MSDS) | | ✦ | | | | Performance Checklist | ✓ | Safety Tour | ✓ |
| Alcohol/Drug Acknowledgement (Exhibit A) | ✦ | | | | | Reviews | ✓ | Hand washing | ✓ |
| Dewey Sparkle Acknowledgement | | ✦ | | | | Diamond Development | ✓ | Your Right to Know (MDSDS) | ✓ |
| Employee Handbook Acknowledgement | | ✦ | | | | Equal Opportunity Employer | ✓ | Alcohol/Drug Free policies | ✓ |
| Orientation Checklist | ✦ | ✦ | | | | Open Communication | ✓ | Dewey Sparkle | ✓ |
| Other | | | | | | Reporting harassment | ✓ | Denny's Employee Handbook | ✓ |

Comments: [signature] Demo 2-28-12
Manager / Date

Comments: [signature] 7-28-12
Employee Signature / Date

July 2008

DEFENDANT'S EXHIBIT 4
2.10.20

**EXHIBIT 3**