AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

Lindsay Rafferty, on behalf of herself and
all others similarly situated, known and unknown,   )
)
v.   )   Case No.:   1:19-cv-24706-DLG
)
Denny's, Inc.   )
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on  September 4, 2020  against  Plaintiff Lindsay Rafferty ,
                                                                                        *Date*
the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 4,106.50 |
| Fees and disbursements for printing | 121.30 |
| Fees for witnesses *(itemize on page two)* | |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs *(please itemize)* | |
| **TOTAL** | $ 4,227.80 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service   ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:   /s/Luis A. Santos

Name of Attorney:   Luis A. Santos

For:   Defendant, Denny's, Inc.   Date: 10/1/2020
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
*Clerk of Court*   *Deputy Clerk*   *Date*

## BILL OF COSTS #1

### FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE

1. All Day Appearance Fee and Rental of Conference Facility for Deposition of Plaintiff on July 9, 2020 – $200.00 (s*ee* invoice)[1]

2. Deposition of Plaintiff on July 10, 2020 – $2,330.20 (s*ee* invoice)

3. Deposition of William Skiff on July 22, 2020 – $1,576.30 (*see* invoice)

___

[1] Plaintiff was a no-show for her deposition that was noticed for July 9, 2020. The Court Reporter charged us $450.00 and Opposing Counsel previously reimbursed us in the amount of $250.00, leaving a balance of $200.



www.anthemreporting.com | 888.909.2720

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 45615 | 7/22/2020 | 51856 |
| Job Date | Case No. | |
| 7/9/2020 | 1:19-cv-24706-DLG | |
| Case Name | | |
| Rafferty, Lindsay v. Denny's Inc. | | |
| Payment Terms | | |
| Net 30 | | |

Luis Santos
Ford Harrison, LLP - Tampa
101 E. Kennedy Blvd.
Suite 900
Tampa, FL  33602

| | | | | |
|---|---|---|---|---|
| Lindsay Rafferty - Columbus, OH | | | | |
| Same-day reporter cancellation - all-day appearance reserved | 1.00 | @ | 250.00 | 250.00 |
| Conference facility rental - medium room | 4.00 | @ | 50.00 | 200.00 |
| | | TOTAL DUE  >>> | | $450.00 |

Strong client relationships, competitive pricing and exceptional transcription!

In accepting our services, the attorney agrees to take full responsibility for payment. No credit is extended to attorney's clientele or any other third parties. All accounts over 30 days are subject to a 1% monthly late fee. A 2.5% fee will be charged to all credit card payments.

Office: 813.272.2720 | Fax: 813.272.2710
Email: anthem@anthemreporting.com

**Tax ID:** 27-3787684

*Please detach bottom portion and return with payment.*

Luis Santos
Ford Harrison, LLP - Tampa
101 E. Kennedy Blvd.
Suite 900
Tampa, FL  33602

| | | |
|---|---|---|
| Job No. | : 51856 | BU ID     : Anthem |
| Case No. | : 1:19-cv-24706-DLG | |
| Case Name | : Rafferty, Lindsay v. Denny's Inc. | |
| Invoice No. | : 45615 | Invoice Date   : 7/22/2020 |
| **Total Due** | : **$450.00** | |

Remit To:  **Anthem Reporting**
**101 South Franklin Street**
**Suite 101**
**Tampa, FL  33602**

PAYMENT WITH CREDIT CARD    AMEX [MC] VISA
Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



www.anthemreporting.com | 888.909.2720

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 45616 | 7/30/2020 | 54237 |
| Job Date | Case No. | |
| 7/10/2020 | 1:19-cv-24706-DLG | |
| Case Name | | |
| Rafferty, Lindsay v. Denny's Inc. | | |
| Payment Terms | | |
| Net 30 | | |

Luis Santos
Ford Harrison, LLP - Tampa
101 E. Kennedy Blvd.
Suite 900
Tampa, FL  33602

| | | | | |
|---|---|---|---|---|
| Rescheduled Deposition of Lindsay Rafferty - Columbus, OH | | | | |
| Expedited Original (3-day) | 199.00 Pages | @ | 7.95 | 1,582.05 |
| Reporter Appearance 1st hour | 1.00 | @ | 75.00 | 75.00 |
| Reporter Appearance additional hours | 3.00 | @ | 65.00 | 195.00 |
| Black & White Exhibits | 178.00 Pages | @ | 0.40 | 71.20 |
| Conference facility rental - medium room | 6.00 | @ | 65.00 | 390.00 |
| Processing/e-Delivery | 1.00 | @ | 16.95 | 16.95 |
| | TOTAL DUE >>> | | | $2,330.20 |

Strong client relationships, competitive pricing and exceptional transcription!

In accepting our services, the attorney agrees to take full responsibility for payment. No credit is extended to attorney's clientele or any other third parties. All accounts over 30 days are subject to a 1% monthly late fee. A 2.5% fee will be charged to all credit card payments.

Office: 813.272.2720 | Fax: 813.272.2710
Email: anthem@anthemreporting.com

**Tax ID:** 27-3787684

*Please detach bottom portion and return with payment.*

Luis Santos
Ford Harrison, LLP - Tampa
101 E. Kennedy Blvd.
Suite 900
Tampa, FL  33602

| | | | | |
|---|---|---|---|---|
| Job No. | : 54237 | | BU ID | : Anthem |
| Case No. | : 1:19-cv-24706-DLG | | | |
| Case Name | : Rafferty, Lindsay v. Denny's Inc. | | | |
| Invoice No. | : 45616 | | Invoice Date | : 7/30/2020 |
| **Total Due** | : $2,330.20 | | | |

Remit To:  **Anthem Reporting**
**101 South Franklin Street**
**Suite 101**
**Tampa, FL  33602**

| PAYMENT WITH CREDIT CARD | AMEX [] VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA  19103
Phone:215.207.9460   Fax:215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 611584 | 8/7/2020 | 606700 |
| **Job Date** | **Case No.** | |
| 7/22/2020 | | |

| Case Name |
|---|
| Lindsay Rafferty v. Denny's Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Luis A. Santos, Esq
#3 Ford & Harrison, LLP
101 East Kennedy Blvd.
Suite 900
Tampa, FL  33602

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| William Skiff | 227.00 Pages | @ | 3.65 | 828.55 |
| Scanned Exhibits | 1,035.00 | @ | 0.25 | 258.75 |
| Rough Draft | 227.00 Pages | @ | 2.00 | 454.00 |
| Telephonic, VC, Zoom (Complimentary During Quarantine) | 227.00 Pages | @ | 0.00 | 0.00 |
| GoGreenScripts Lit Package | | | 35.00 | 35.00 |
| | | **TOTAL DUE >>>** | | **$1,576.30** |

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

Tax ID: 20-8474245                                                                                   Phone: 813-261-7800   Fax:813-261-7899

*Please detach bottom portion and return with payment.*

Luis A. Santos, Esq
#3 Ford & Harrison, LLP
101 East Kennedy Blvd.
Suite 900
Tampa, FL  33602

Invoice No.    :   611584
Invoice Date   :   8/7/2020
**Total Due**      :   **$1,576.30**

Remit To:   **Magna Legal Services LLC**
            **P.O. Box 822804**
            **Philadelphia, PA  19182-2804**

Job No.      :   606700
BU ID        :   Florida
Case No.     :
Case Name    :   Lindsay Rafferty v. Denny's Inc.

## BILL OF COSTS #2

### FEES FOR EXEMPLIFICATION AND THE COSTS OF MAKING COPIES OF ANY MATERIALS WHERE THE COPIES ARE NECESSARILY OBTAINED FOR USE IN THE CASE:

1. Exhibits to Plaintiff's Deposition, Nos. 1 through 18, on July 10, 2020 (178 pages X .10 (for defense counsel) – $17.80

2. Exhibits to William Skiff's Deposition, Nos. 1 through 42, on July 22, 2020 (1035 pages X .10 (for defense counsel) $103.50