# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| LINDSAY RAFFERTY, on behalf of herself and all others similarly situated, known and unknown, | : : : : |
| Plaintiff, | : Case No. 1:19-cv-24706-DLG : : |
| v. | : : : |
| DENNY'S INC., a Florida Corporation, | : : |
| Defendant. | : |

## NOTICE OF SETTLMENT

Defendant, Denny's Inc., hereby notifies the Court that the parties have reached an agreement to resolve all claims in the above-referenced matter and will promptly submit the requisite agreement and motion for court approval. The parties will ask the court to determine the amount of fees and costs plaintiff is entitled to.

Dated November 5, 2021

Respectfully submitted,

By: ___*/s/ Luis A. Santos*___
Todd S. Aidman
Florida Bar No. 173029
taidman@fordharrison.com
Luis A. Santos
Florida Bar No. 84647
lsantos@fordharrison.com
FORDHARRISON LLP
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida 33602
Telephone: (813) 261-7800
Facsimile: (813) 261 - 7899

Attorneys for Defendant Denny's, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 5, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to:

John R. Byrne, Esq.
johnbyrne@leoncosgrove.com
León Cosgrove, LLP
255 Alhambra Circle, Suite 800
Miami, Florida 33134

Clifford P. Bendau, II, Esq.
cliffordbendau@bendaulaw.com
Vendau & Bendau PLLC
P.O. Box 97066
Phoenix, AZ 85060

Gerald D. Wells, III, Esq.
gwells@cwglaw.com
Connolly, Wells & Gray, LLP
101 Lindenwood Drive, Suite 225
Malvern, PA 19355

James L. Simon, Esq.
jameslsimonlaw@yahoo.com
Law Offices of Simon & Simon
6000 Freedom Square
Freedom Square II – Suite 165
Independence, Ohio 44131

Edward W. Ciolko, Esq.
eciolko@carlsonlynch.com
James P. McGraw, III, Esq.
jmcgraw@carlsonlynch.com
Matthew D. Brady, Esq.
mbrady@carlsonlynch.com
Lynch Carpenter, LLP
1133 Penn Ave, 5th Floor
Pittsburgh, PA 15222

**GRAYDON HEAD & RITCHEY LLP**
R. Kent Wellington
*Pro Hac Vice*
kwellington@graydon.law
Michael A. Roberts
*Pro Hac Vice*
mroberts@graydon.law
312 Walnut Street
Suite 1800
Cincinnati, Ohio 45202

Darren W. Ford
*Pro Hac Vice*
dford@graydon.law
2400 Chamber Center Dr.
Suite 300
Fort Mitchell, Kentucky 41017

                                          */s/ Luis A. Santos*
                                          Attorney

WSACTIVELLP:12698711.1