```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                 Case No. 1:19-CV-24706-DLG
```

Lindsay Rafferty

    Plaintiff,

v.

Denny's Inc., a Florida Corporation,

    Defendant.

_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Parties' Joint Motion for Settlement Approval (ECF No. 100) and Plaintiff's Motion for Attorney's Fees and Costs (ECF No. 101).

**THE COURT** has reviewed the Motions, the pertinent portions of the record, and is otherwise fully advised in the premises.

This case involves claims for minimum wage and/or unpaid overtime wages pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-219, and the Parties have informed the Court that they have reached a compromise of their claims. The Court is now required to review the Parties' agreement (hereinafter, "the Settlement Agreement") [D.E. 23-1]. Lynn Food Stores v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982). In reviewing a settlement of an FLSA private claim, the Court must "scrutiniz[e] the settlement for fairness," and determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions."

Id. at 1353.  A settlement entered into in an adversarial context where both sides are represented by counsel throughout the litigation "is more likely to reflect a reasonable compromise of disputed issues." Id. at 1354.  The Court may approve the settlement in order to promote the policy of encouraging settlement of litigation.  Id.

In this case, there is a bona fide dispute over FLSA provisions, as evidenced by the claims alleged in the Complaint (ECF No. 1).  The Court finds that the compromise reached by the Parties under the Settlement Agreement is a fair and reasonable resolution of the Parties' bona fide dispute. Accordingly, it is hereby

**ORDERED AND AJUDGED** that the Parties' Joint Motion for Settlement Approval (ECF No. 100) is **GRANTED**. It is further

**ORDERED AND AJUDGED** that the above-captioned cause is referred to United States Magistrate Judge Chris M. McAliley, to take all necessary and proper action in this case as required by law regarding the Plaintiff's Motion for Attorney's Fees and Costs (ECF No. 101), pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida.

**DONE AND ORDERED** in chambers at Miami, Florida, this 15th day of December, 2021.

                                            s/ Donald L. Graham
                                            DONALD L. GRAHAM
                                            UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record