**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Case No. 19-24706-CIV-GRAHAM/MCALILEY

LINDSAY RAFFERTY, on behalf of
herself and all others similarly
situated known and unknown,

    Plaintiff,
v.

DENNY'S INC., a Florida Corporation,

    Defendant.
_____/

**ORDER OF REFERENCE**

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is hereby referred to **United States Magistrate Judge Chris McAliley** to take all necessary and proper action as required by law regarding Plaintiff's Motion and Incorporated Memorandum of Law for Award of Attorney's Fees and Costs Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b) [D.E. 101].

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of January, 2022.

                                              s/Donald L. Graham
                                              DONALD L. GRAHAM
                                              UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge McAliley