UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-24706-CV-DLG

LINDSAY RAFFERTY, on behalf of herself
And all others similarly situated, known
and unknown,

    Plaintiff,

vs.

DENNY'S INC., A Florida Corporation,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Joint Stipulation of Dismissal with Prejudice [D.E. 121].

**THE COURT** has considered the record and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this Matter, in its entirety, is **DISMISSED WITH PREJUDICE.** Each party shall bear its own costs and attorney's fees, except as agreed upon by the Parties. It is further

**ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE** this case. All pending motions are **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of June, 2022.

                                              s/ Donald L. Graham
                                              DONALD L. GRAHAM
                                              UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record